**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| AHMED GUMA ELTAYEB HUSSIEN,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF CIMARRON CORRECTIONAL FACILITY, *et al.*,<br><br>Respondents. | ) ) ) ) ) ) ) ) ) ) | Case No. CIV-26-1645-PRW |

**ORDER**

Petitioner filed his Petition for Writ of Habeas Corpus (Dkt. 1) on July 1, 2026. It appears to the Court that Petitioner has not paid the $5.00 filing fee or, alternatively, filed a motion to proceed in forma pauperis. Petitioner must cure this deficiency not later than December 14, 2026. Failure to do so may result in dismissal of this action.[1]

The Court's docket reflects that Rafael Urena, counsel for Petitioner, has not complied with the requirements of Local Civil Rule 83.3. Mr. Urena is given seven days from the date of this Order to comply. Failure to do so will result in Mr. Urena's removal as counsel of record for Petitioner.

**IT IS SO ORDERED** this 23rd day of November 2026.

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

[1] *See* Local Civil Rule 3.2(a).